UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDDIE GONZALES, | ) | Case no. EDCV 08-0086-RC |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that Judgment be entered remanding the action to the Social Security Administration for further proceedings consistent with the Opinion and Order, pursuant to sentence four of 42 U.S.C. § 405(g).

DATED: _April 8, 2009_____   _/S/ _ROSALYN M. CHAPMAN__
                                ROSALYN M. CHAPMAN
                                UNITED STATES MAGISTRATE JUDGE

R&R-MDO\08-0086.jud
4/8/09